JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

**MATTHEW JAMES MEJIA,**

    Petitioner,

  v.

C.E. DUCART (Warden),

    Respondent.

No. LA CV 16-01760-VBF-AGR

**FINAL JUDGMENT**

**Final judgment is hereby entered in favor of the respondent warden and against petitioner Matthew James Mejia.**

IT IS SO ADJUDGED.

Dated: November 7, 2019

*Valerie Baker Fairbank*
_____
Honorable Valerie Baker Fairbank
Senior United States District Judge